# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA



FILED

JUL - 9 2021

Clerk, U S District Court
District Of Montana
Billings

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THE STATE OF MONTANA

vs.

**Marvin Charles Hurd**

DOB: **12/1993**

SSN: **XXX-XX-1983**

No. **CR 20-94-BLG-SPW-02**

PETITION TO OPEN
JUVENILE/SEALED RECORDS

Whereas the above-name defendant entered a plea of <u>GUILTY</u> to *Possession with Intent to Distribute Methamphetamine* and District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile or sealed records pertaining to the Defendant, including Court documents, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, Department of Institution records, medical and institutional treatment records and Department of Institutions records, be made available.

_____ U.S. Probation/Parole Officer

Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition; does hereby order the release of pertinent juvenile records, including sealed records, held by any Court, Law Enforcement, Juvenile Court Services, County Probation, County Welfare, medical and institutional treatment records, Department of Institutions records or agency of the Adult/Juvenile Probation and Parole Officer.

_____ U.S. District Judge

Dated this ___9th___ day of ___July___, 2021.