IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN CHARLES HURD,<br><br>Defendant. | CR 20-94-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Thursday, October 14, 2021 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Thursday, October 21, 2021 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All deadlines outlined in the Court's Order (Doc. 67) of May 27, 2021 shall remain the same.

1

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 9th day of August, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE